## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

ROBIN STEVENS

vs.                                  No.  3:06CV00143 SWW

CONTRACT FREIGHTERS, INC.,
and JOHN DOE

### ORDER OF DISMISSAL

    Pending before the Court is plaintiff's motion to non-suit this action against separate defendant John Doe.

    IT IS THEREFORE ORDERED that the motion is granted, and the above action is hereby dismissed without prejudice as to separate defendant John Doe.

    DATED this 16th day of February, 2007.

                                        /s/Susan Webber Wright

                                        UNITED STATES DISTRICT JUDGE