**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ROBIN STEVENS**                                                                    **PLAINTIFF**

VS.                             Case No. 3:06cv143 BD

**CONTRACT FREIGHTERS, INC.**                                            **DEFENDANT**

### ORDER

The parties have notified the court that they have resolved all issues in this case.

Accordingly, the case is dismissed, with prejudice.

DATED this 13th day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE